

NUMBER 13-12-00128-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                              Appellant,

v.

ROBERT JOHN HATHORN,                                            Appellee.

On Appeal from the County Court at Law No. 5
of Nueces County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam

Appellant, the State of Texas, by and through its District Attorney, the Honorable

Mark Skurka, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the

Texas Rules of Appellate Procedure.  *See* Tex. R. App. P. 42.2(a).   No decision of this

Court having been delivered to date, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
3rd day of May, 2012.